```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 11197
   DEBRA L COVICH
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2378


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/22/2007 and was confirmed 08/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 07/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
-------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG          .00             .00             .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE      4353.71             .00         4353.71
MONTEREY FINANCIAL SERVI  SECURED             700.00             .00          700.00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED             .00             .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED             .00             .00
AMERICASH LOANS           UNSECURED        NOT FILED             .00             .00
AMERICASH LOANS           UNSECURED        NOT FILED             .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED             .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED             .00             .00
BLUE ISLAND RADIOLOGY     UNSECURED        NOT FILED             .00             .00
BLUE ISLAND RADIOLOGY     UNSECURED        NOT FILED             .00             .00
CHRYSLER FINANCIAL        UNSECURED        NOT FILED             .00             .00
ROUNDUP FUNDING LLC       UNSECURED         1375.87              .00         1375.87
COL/DEBT COLLECTION SYST  UNSECURED        NOT FILED             .00             .00
COMCAST                   NOTICE ONLY      NOT FILED             .00             .00
COMMONWEALTH EDISON       UNSECURED          937.20              .00          937.20
CREDIT PROTECTION         UNSECURED        NOT FILED             .00             .00
FNB MARIN                 NOTICE ONLY      NOT FILED             .00             .00
GFG LOAN COMPANY          UNSECURED          639.91              .00          639.91
GREGORY EMERGENCY PHYSIC  UNSECURED        NOT FILED             .00             .00
ICE MOUNTAIN              UNSECURED        NOT FILED             .00             .00
ICS                       UNSECURED        NOT FILED             .00             .00
ICS                       UNSECURED        NOT FILED             .00             .00
ICS                       UNSECURED        NOT FILED             .00             .00
LANE BRYANT               UNSECURED        NOT FILED             .00             .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED             .00             .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY      NOT FILED             .00             .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY      NOT FILED             .00             .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED        NOT FILED             .00             .00
NCO                       UNSECURED        NOT FILED             .00             .00
NICOR GAS                 UNSECURED          292.84              .00          292.84
OAK LAWN RADIOLOGISTS     NOTICE ONLY      NOT FILED             .00             .00

                        PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11197 DEBRA L COVICH
```

```
OXFORD MANAGEMENT SERV    UNSECURED      NOT FILED              .00              .00
PEKAY & BLITSTEIN PC      NOTICE ONLY    NOT FILED              .00              .00
PELLETTIERI & ASSOC       NOTICE ONLY    NOT FILED              .00              .00
PIERCE & ASSOC            NOTICE ONLY    NOT FILED              .00              .00
ROBERT F RUBIN            UNSECURED      NOT FILED              .00              .00
SIMM ASSOCIATES INC       UNSECURED      NOT FILED              .00              .00
SOUTHWEST MEDICAL CONSUL  UNSECURED      NOT FILED              .00              .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED              .00              .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED              .00              .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED              .00              .00
TATE & KIRLIN ASSOC       UNSECURED      NOT FILED              .00              .00
TCF BANK                  UNSECURED      NOT FILED              .00              .00
CITY OF BLUE ISLAND       SECURED           625.00              .00           625.00
CITY OF BLUE ISLAND       UNSECURED      NOT FILED              .00              .00
MONTEREY FINANCIAL SERVI  UNSECURED         429.00              .00           429.00
ROUNDUP FUNDING LLC       UNSECURED         436.76              .00           436.76
ROBERT J ADAMS & ASSOC    REIMBURSEMENT     306.33              .00           306.33
DELATORRE ALEJANDRO       NOTICE ONLY    NOT FILED              .00              .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     3,500.00                          3,500.00
TOM VAUGHN                TRUSTEE                                           1,059.74
DEBTOR REFUND             REFUND                                                 .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   14,656.36

PRIORITY                                          306.33
SECURED                                         5,678.71
UNSECURED                                       4,111.58
ADMINISTRATIVE                                  3,500.00
TRUSTEE COMPENSATION                            1,059.74
DEBTOR REFUND                                        .00
                          ---------------     ---------------
TOTALS                    14,656.36             14,656.36

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 10/16/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                              PAGE   2
           CASE NO. 07 B 11197 DEBRA L COVICH